■ FAREEDAH A. BARNES, Appellant, v DANIEL S. HABUDA, Individually and Doing Business as DAN'S COLLISION, Respondent. (Appeal No. 1.) [987 NYS2d 585]—Appeal from an order of the Supreme Court, Erie County (Patrick H. NeMoyer, J.), entered April 30, 2013. The order, insofar as appealed from, directed plaintiff to produce medical authorizations with respect to Jeff Reinhardt, M.D.

It is hereby ordered that said appeal is unanimously dismissed without costs.

Same Memorandum as in *Barnes v Habuda* (118 AD3d 1443 [June 20, 2014]). Present—Scudder, P.J., Centra, Carni, Lindley and DeJoseph, JJ.